HARTINGSON, Respondent, v. FORTY–SECOND ST. & M. R. CO,
Appellant.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by Max Hartingson against the Forty-Second Street & Manhattan-
ville Railroad Company.
Argued before O'BRIEN, FOLLETT, and PARKER, JJ.
A. Kling, for appellant.
J. Fromme, for respondent.
No opinion.   Judgment affirmed, with costs.

---

HOLLY MANUF'G CO., Appellant, v. VENNER, Respondent.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by the Holly Manufacturing Company against Clarence H. Venner.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
D. McClure, for appellant.
B. Winthrop, for respondent.
No opinion.   Order modified by requiring defendant, as a condition of
granting stay, to give bond for $2,500, and, as modified, affirmed, without
costs.   See 26 N. Y. Supp. 581.

---

JAQUES, Respondent, v. NEW YORK EL. RY. CO., Appellant.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by Zachariah Jaques against the New York Elevated Railway Com-
pany.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
H. McWilliams, for appellant.
C. A. B. Pratt, for respondent.
No opinion.   Judgment affirmed, with costs.

---

KING et al., Respondents, v. METROPOLITAN EL. RY. CO., Appellant.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by David I. King and others against the Metropolitan Elevated
Railway Company.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
I. A. Murray, for appellant.
A. O. Townsend, for respondents.
No opinion.   Order affirmed, with $10 costs and disbursements.

---

LAIDLEY, Appellant, v. LAIDLEY, Respondent.

(Supreme Court, General Term, First Department.   May 18, 1894.)

Action by Edward T. Laidley against Etta M. Laidley.
Argued before VAN BRUNT, P. J., and FOLLETT and PARKER, JJ.
W. S. Bennett, for appellant.
W. I. Grow, for respondent.
No opinion.   Order affirmed, with $10 costs and disbursements.